DERICK E. KONZ, SBN 286902
Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN;
PRESIDING JUDGE ERIC BRADSHAW;
JUDGE BERNARD C. BARMANN, JR.;
and CALIFORNIA COURT OF APPEAL, FIFTH APPELLATE DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDEEP SINGH DHILLON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BERNARD C. BARMANN, et al.<br><br>Defendants. | Case No.: 1:23-CV-00772-JLT-CDB<br><br>**STATE JUDICIAL BRANCH DEFENDANTS' NOTICE OF PLAINTIFFS' NON-OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR DISMISSAL OF ACTION**<br><br>**DATE: August 23, 2023**<br>**TIME: 9:00AM**<br>**CTRM: 4** |

On July 3, 2023, Defendants filed a motion to dismiss. ECF No. 10. Plaintiffs were required to file an opposition or statement of non-opposition by July 17, 2023. L.R. 230(c). As of today, July 19, 2023, Plaintiffs have not filed an opposition or statement of non-opposition. Defendants request that the Court find this to be a tacit concession to Defendants' arguments and grant the motion to dismiss. *See Tatum v. Schwartz*, 2007 U.S. Dist. LEXIS 10225, 2007 WL 419463, *3 (E.D. Cal. 2007) (finding that the plaintiff "tacitly concede[d]" an argument by failing to address it in her opposition). In the alternative, Defendants request that the Court dismiss this action pursuant to Fed. R. Civ. P. 41(b) as a result of Plaintiffs' failure to prosecute or comply with the

rules of this Court.

Dated: July 19, 2023

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:__________________________________

DERICK E. KONZ
Attorneys for Defendants SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN; CALIFORNIA COURT OF APPEAL, FIFTH APPELLATE DISTRICT; PRESIDING JUDGE ERIC BRADSHAW; and JUDGE BERNARD C. BARMANN, JR.