**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs **RANDEEP SINGH DHILLON; PINDER SINGH; JASPREET SINGH; GURPREET SINGH**

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| RANDEEP SINGH DHILLON; PINDER SINGH; JASPREET SINGH; and, GURPREET SINGH;<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD C. BARMANN, JR., a judge; ERIC BRADSHAW, a presiding judge; SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN; an administrative body; APPELLATE COURT OF CALIFORNIA, an administrative body; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 1:23-cv-00772-JLT-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

***TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:***

***PLEASE TAKE NOTICE*** that Plaintiffs RANDEEP SINGH DHILLON; PINDER SINGH; JASPREET SINGH; GURPREET SINGH have **VOLUNTARILY DISMISSED** the case against named Defendants BERNARD C. BARMANN, JR., a judge; ERIC BRADSHAW, a presiding judge; SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN; an administrative body; APPELLATE COURT OF CALIFORNIA, an administrative body; and DOES 1 10, INCLUSIVE.

The dismissal as to the **entire action** and **all parties** is effective as of the undersigned date.

///

*Respectfully submitted,*

DATED: July 19, 2023

/S/ Reshma Kamath

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath,
Counsel for RANDEEP SINGH DHILLON; PINDER SINGH; JASPREET SINGH; GURPREET SINGH